R. Rex Parris (SBN 96567)
    rrparris@parrislawyers.com
Kitty K. Szeto (SBN 258136)
    kszeto@parrislawyers.com
John M. Bickford (SBN 280929)
    jbickford@parrislawyers.com
Ryan A. Crist (SBN 316653)
    rcrist@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone:   (661) 949-2595
Facsimile:   (661) 949-7524

Eric Rouen (SBN 242341)
    rouenlaw@att.net
**THE DOWNEY LAW FIRM**
9595 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Telephone:   (213) 291-3333
Facsimile:   (610) 813-4579

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHARLES BATES, an individual, on behalf of himself and all members of the putative class; <br><br>    Plaintiff, <br><br>v. <br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 100, inclusive, <br><br>    Defendants. | Case No. 2:20-CV-00700-AWI-BAM <br><br>**CLASS ACTION** <br><br>**PLAINTIFF CHARLES BATES'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** <br><br>Date:   August 29, 2022 <br> Time:   1:30 p.m. <br> Courtroom:   #2, 8th Floor <br> Judge:   Anthony W. Ishii <br><br>Complaint Filed:   February 28, 2020 <br> Trial Date:   None Set |

1  **TO DEFENDANTS LEPRINO FOODS COMPANY, LEPRINO FOODS DAIRY PRODUCTS COMPANY, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 29, 2022, at 1:30 p.m., or as soon thereafter as this matter may be heard before the Honorable Anthony W. Ishii in Courtroom Two of the above-entitled court located at 2500 Tulare Street, Eighth Floor, Fresno, California, 93721, Plaintiff Charles Bates will and hereby moves the Court for an order certifying the following class:

> All non-exempt hourly workers who are currently employed, or formerly have been employed, as non-exempt hourly employees at Leprino's Tracy plant in Tracy, California, at any time within four years prior to the filing of the original complaint until the date the Court grants certification.

This motion is made on the grounds that the proposed class definition meets the requirements for class certification under Federal Rule of Civil Procedure 23(b)(3).

This motion is based on this Notice of Motion and Motion, Plaintiff's Memorandum of Points and Authorities in Support of Motion for Class Certification, the Declaration of Ryan A. Crist, the supporting Compendium of Class Member Declarations, the Declaration of Charles Bates, the Declaration of R. Rex Parris, the Declaration of Brian Kriegler, Ph.D., and all of the documents and other papers on file in the matter, and upon any oral argument that the Court may permit.

Date: February 4, 2022                                **PARRIS LAW FIRM**

By: /s/ *Ryan A. Crist*
R. Rex Parris
Kitty K. Szeto
John M. Bickford
Ryan A. Crist

Attorneys for Plaintiff
And the Putative Class