R. Rex Parris (SBN 96567)
  rrparris@parrislawyers.com
Kitty K. Szeto (SBN 258136)
  kszeto@parrislawyers.com
John M. Bickford (SBN 280929)
  jbickford@parrislawyers.com
Ryan A. Crist (SBN 316653)
  rcrist@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone:    (661) 949-2595
Facsimile:    (661) 949-7524

Eric Rouen (SBN 242341)
  rouenlaw@att.net
**THE DOWNEY LAW FIRM**
9595 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Telephone:    (213) 291-3333
Facsimile:    (610) 813-4579

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHARLES BATES, an individual, on behalf of himself and all members of the putative class;<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-CV-00700-AWI-BAM<br><br>**CLASS ACTION**<br><br>**DECLARATION OF R. REX PARRIS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:              August 29, 2022<br>Time:             1:30 p.m.<br>Courtroom:   #2, 8th Floor<br>Judge:            Anthony W. Ishii<br><br>Complaint Filed:   February 28, 2020<br>Trial Date:            None Set |

# DECLARATION OF R. REX PARRIS

I, R. Rex Parris, declare as follows:

I am an attorney duly licensed to practice before all courts of the State of California and I am a principal in, and founding partner of, the Parris Law Firm, attorneys of record for Plaintiff Charles Bates ("Plaintiff"). I am providing this declaration in support of Plaintiff's Motion for Class Certification. I have personal knowledge of the facts set forth below.

1. The Parris Law Firm has been actively engaged in this litigation since February 28, 2020. I, along with Kitty K. Szeto, John M. Bickford, Ryan A. Crist, and staff members in our firm have fully and actively participated in the litigation of this case.

2. I have practiced law in California since December of 1980, and have handled, as class counsel, numerous and significant wage-and-hour class action cases.

3. The Parris Law Firm is actively involved in both class action and complex litigation matters on an ongoing basis. Our firm specializes in complex class action litigation and severe, catastrophic personal injury and wrongful death matters.

4. The Parris Law Firm has certified numerous wage-and-hour class actions in the Superior Courts of Los Angeles County, San Francisco County, Orange County, and Kern County Superior Courts, as well as the United States District Court for the Central and Northern Districts of California. Our firm also has experience in appellate practice and has settled numerous class actions worth hundreds of millions of dollars on behalf of tens of thousands of California employees. Our firm has been court-appointed class counsel in multiple cases in California state and federal courts.

Our firm resume, a true and correct copy of which is attached hereto as **Exhibit "A,"** accurately describes our firm's wage-and-hour class action practice.

5. The Parris Law Firm also has trial experience in class actions. In August 2014, our firm obtained a $4,334,000.00 jury verdict with punitive damages in a consumer fraud class action in the San Bernardino Superior Court, which was ranked in *The Recorder's Top California Verdicts of 2014* as the second largest million dollar fraud verdict in California in 2014. Ms. Szeto first chaired the trial.

////

////

6. Additionally, I was litigation and trial counsel in *Marciano v. Fahs*, Los Angeles Case No. BC 375824, which resulted in the highest jury verdict of 2009. I received a "trial lawyer of the year" award in 2009 for obtaining this verdict.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of February 2022, at Lancaster, California.

                                        *[signature]*
                                        R. Rex Parris

**EXHIBIT "A"**

# PARRIS LAW FIRM – SELECTED CLASS ACTION EXPERIENCE

- ***Gutierrez vs. State Farm***, Los Angeles Superior Court Case No. BC 236552
  - Plaintiffs' counsel in class action seeking overtime compensation for insurance claims adjusters employed by defendant in the State of California. Certification granted, and then summary adjudication as to liability granted in favor of the class. Case settled in 2004 for **$135,000,000.00**, with Final Approval granted in Department 309 and no objections filed.

- ***Sekly vs. Allstate Insurance Company***, Los Angeles Superior Court Case No. BC240813
  - Plaintiffs' counsel in class action seeking overtime compensation for insurance claims adjusters employed by defendant in the State of California. Certification granted, and then summary adjudication as to liability granted in favor of the class. Case settled in 2005 for **$120,000,000.00**, with Final Approval granted in Department 309 and no objections filed.

- ***CNA Class Action Litigation***, Los Angeles Superior Court Case No. BC242487, Orange County Superior Court Case No. 01CC08868
  - Plaintiffs' counsel in class action misclassification case seeking overtime compensation for insurance claims adjusters employed by defendant in the State of California. Case settled in 2005 for **$33,000,000.00**, with Final Approval granted and no objections filed.

- ***Parris v. Lowe's Home Improvement***, Los Angeles Superior Court Case No. BC260702
  - Plaintiffs' counsel in class action seeking payment of "off the clock" hours worked by all hourly employees of Lowe's in the State of California. Class certification ordered by the Court of Appeal. Case settled in 2009 for **$29,500,000.00**, with Final Approval granted and no objections filed.

- ***Chavoya v. Southern California Edison Company***, Los Angeles County Superior Court Case No. BC366032 and BC425358
  - Plaintiffs' counsel in class action seeking overtime compensation for employees that were reclassified in February 2006 that were not employed at Edison's San Onofre Nuclear Generator facility. Class certification granted, in part, by the trial court. Class was provisionally certified for settlement purposes. Case settled in 2010 for **$29,000,000.00**, with Final Approval granted and no objections filed.

- ***Roberts vs. Coast National Insurance***, Orange County Superior Court Case No 01CC08478
  - Plaintiffs' counsel in class action seeking overtime compensation for insurance claims adjusters employed by defendant in the State of California. Certification granted, and then the matter was tried in biding arbitration. Case settled for in excess of **$18,000,000.00** during arbitration.

- ***Dotson vs. Royal Sun Alliance***, Orange County Superior Court Case No. 02CC01787
  - Plaintiffs' counsel in class action seeking overtime compensation for insurance claims adjusters employed by defendant in the State of California. Case settled in 2005 for **$12,300,000.00** with Final Approval granted and no objections filed.

- ***Ingalls v. Hallmark***, Central District of California Case Nos. CV08-04342-VBF (Ex) C/W; CV08-05330-VBF (FFMx)
  - Plaintiffs' counsel in class action seeking payment of "off the clock" hours worked by all hourly employees of Hallmark in the State of California. Class was provisionally certified. Case settled in 2009 for **$5,625,000.00**, with Final Approval granted and no objections filed.

- ➢ *Rodriguez v. Pacific Bell Telephone Company*, Los Angeles County Superior Court Case No. BC415309
    - Plaintiffs' counsel in class action seeking overtime compensation for employees employed by defendant in the State of California that were reclassified in May 2009. Class was provisionally certified. Case settled in 2010 for **$5,500,000.00**, with Final Approval granted and no objections filed.

- ➢ *Kim v. Jamison Services, Inc.*, Los Angeles County Superior Court Case No. BC400414
    - Plaintiffs' counsel in misclassification class action seeking overtime compensation for all salaried, exempt employees (except for high-level management and Receptionists) employed by defendant in the State of California. Class was provisionally certified. Case settled in 2009 for **$2,797,861.24**, with Final Approval granted and no objections filed.

- ➢ *Lippold v. Godiva Chocolatier, Inc.*, Northern District of California Case No. CV-10-00421-SI
    - Plaintiffs' counsel in misclassification class action seeking overtime compensation for all salaried, exempt Store Managers employed by Godiva in the State of California. Class was provisionally certified. Case settled in 2010 for **$1,000,000.00**, with Final Approval granted and no objections filed.

- ➢ Additionally, the Parris Law Firm is presently lead plaintiff's counsel in numerous pending consumer and employment class action cases in California, Texas and the District of Columbia. The Parris Law Firm recently obtained a $370 million defamation verdict, Top Verdict in 2009, in *Marciano v. Fahs, et al.*, in the Los Angeles Superior Court Case No. BC375824.