**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| CHARLES BATES, an individual, on behalf of himself and all members of the putative class;<br><br>  Plaintiff,<br><br>  v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.:  2:20-CV-00700-AWI-BAM<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CHARLES BATES'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:         August 29, 2022<br>Time:        1:30 p.m.<br>Courtroom:  #2, 8th Floor<br>Judge:       Anthony W. Ishii<br><br>Complaint Filed:  February 28, 2020<br>Trial Date:        None Set |

1   Plaintiff Charles Bates's ("Plaintiff") Motion for Class Certification was heard on August 29,
2 2022 at 1:30 p.m. before the Honorable Anthony W. Ishii in Courtroom 2 of the above-entitled Court.
3 Having heard and considered the papers and arguments presented, and good cause appearing, the Court
4 hereby rules and finds as follows:

6   1. Plaintiff has met his burden of providing that the proposed class is ascertainable
7     and sufficiently numerous and that joinder would be impractical. Fed. R. Civ. P.
8     23(a)(1).

10   2. There are questions of law and fact that are common to the class. Fed. R. Civ. P.
11     23(a)(2).

13   3. Plaintiff's claims are typical to those of the absent class members. Fed. R. Civ. P.
14     23(a)(3)

16   4. Plaintiff and his counsel will adequately represent and protect the class
17     members' interest. Fed. R. Civ. P. 23(a)(4).

19   5. The questions of law and fact common to the class predominate over questions
20     affecting only individual members. Fed. R. Civ. P. 23(b)(3).

22   6. A class action is superior to other available methods for the fair and efficient
23     adjudication of classwide liability. Fed. R. Civ. P. 23(b)(3).

24 ////
25 ////
26 ////
27 ////
28 ////

[PROPOSED] ORDER

For the foregoing reasons, the Court grants Plaintiff's Motion for Class Certification in its entirety and hereby certifies the following classes:

> All non-exempt hourly workers who are currently employed, or formerly have been employed, as non-exempt hourly employees at Leprino's Tracy plant in Tracy, California, at any time within four years prior to the filing of the original complaint until the date the Court grants certification.

The Court also appoints the lawyers at the Parris Law Firm as Class Counsel.

**IT IS SO ORDERED**

DATED: _____

_____
The Honorable Anthony W. Ishii
Senior District Judge, Eastern District of California