UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES BATES, an individual, on behalf of himself and all members of the putative class**<br><br>**Plaintiff,**<br><br>v.<br><br>**LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1–100, inclusive,**<br><br>**Defendants.** | CASE NO. 2:20-CV-00700-AWI-BAM<br><br>**ORDER FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT, FOR DEFENDANTS TO FILE ANSWER, AND FOR CLERKS OFFICE TO NAME FRED WALTER AS PLAINTIFF OF THIS CASE** |

On February 4, 2022, Plaintiff Charles Bates filed a Motion for Class Certification based on the First Amended Complaint. Doc. No. 32. Before Defendants filed their Opposition, Bates filed a Motion to Substitute Class Representative on April 4, 2022, seeking to substitute Fred Walter for Bates, and attached as an exhibit a copy of the proposed Second Amended Complaint ("SAC"). Doc. Nos. 40 & 40-2. In light of Bates' Motion to Substitute, the Court continued the filing deadline for Defendants' Class Certification Opposition to 45 days from service of a ruling on Bates' Motion to Substitute. Doc. No. 43. On August 16, 2022, the Court granted Plaintiff's Motion to Substitute. Doc. No. 52. On September 30, 2022, Defendants filed their Class Certification Opposition, Doc. No. 56, and on December 29, 2022, Plaintiff filed a Reply. Doc. No. 57.

Local Rule 137(c) provides that "[i]f filing a document requires leave of court, such as an amended complaint after the time to amend as a matter of course has expired, counsel shall attach the document proposed to be filed as an exhibit to moving papers seeking such leave and lodge a proposed order as required by these Rules.  If the Court grants the motion, counsel shall file and serve the document in accordance with these Rules and the Federal Rules of Civil and Criminal Procedure."  Here, while Bates attached the proposed SAC to his Motion to Substitute, it appears Bates did not file the SAC in accordance with Local Rule 137(c) after the Court granted Bates' Motion to Substitute.  Therefore, as soon as possible but no later than seven (7) days after the date of this order, Plaintiff shall file the SAC in accordance with the Local Rules and Federal Rules of Civil Procedure.  Because the only changes to the SAC include the name of the new putative class representative, Fred Walter, and his dates of employment, the Court will continue to review the pending Motion for Class Certification and will not require additional briefing at this time.

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file the SAC in accordance with the Local Rules and Federal Rules of Civil Procedure as soon as possible but no later than seven (7) days after the date of this order.
2. Defendants shall file an Answer to the SAC as soon as possible but no later than ten (10) days after receiving service of Plaintiff's SAC.
3. the Clerks Office shall remove Bates and name Fred Walter as the Plaintiff of this case in accordance with the filing of the SAC.

IT IS SO ORDERED.

Dated:   March 7, 2023                              _____
                                                                         SENIOR DISTRICT JUDGE