R. Rex Parris (SBN 96567)
    rrparris@parrislawyers.com
Ryan A. Crist (SBN 316653)
    rcrist@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone:  (661) 949-2595
Facsimile:   (661) 949-7524
www.parris.com

Attorneys for Plaintiff and the Certified Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED WALTER, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-00700-JLT-BAM<br><br>**CLASS ACTION**<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)(II); [PROPOSED] ORDER** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff Fred Walter ("Plaintiff") and Defendants Leprino Foods Company and Leprino Foods Dairy Products Company ("Defendants") (collectively 'the Parties") hereby stipulate as follows:

WHEREAS, the Parties have executed a Settlement Agreement and Release to settle six consolidated class actions, including this case, with *Vasquez et. al v. Leprino Foods Company*, Case No. 1:17-cv-00796-JLT-BAM designated as the lead case ("the Settlement");

WHEREAS, the Court granted preliminary and final approval of the Settlement, and entered Judgment, in the consolidated *Vazquez* action (*see* Docs. 461, 477, and 479); and

WHEREAS, the Settlement provides for dismissal of this case with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the instant action entitled *Walter v. Leprino Foods Company, et al.* Case Number 2:20-cv-00700-JLT-BAM, currently pending before the United States District Court for the Eastern District of California ("the Action"), shall be dismissed with prejudice;

2. Each party shall bear their own attorneys' fees and costs.

Dated: July 31, 2024                              **HANSON BRIDGETT LLP**

By: _____/s/ Lisa M. Pooley_____

Lisa M. Pooley
Attorneys for Defendants

Dated: July 31, 2024  **PARRIS LAW FIRM**

By: ___/s/ Ryan A. Crist___

Ryan A. Crist
Attorneys for Plaintiff

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation of Dismissal of Action With Prejudice Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) and good cause appearing therefore, the Court here orders as follows:

1. The instant action entitled *Walter v. Leprino Foods Company, et al.* Case Number 2:20-cv-00700-JLT-BAM, currently pending before the United States District Court for the Eastern District of California ("the Action"), is hereby dismissed with prejudice;

2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____, 2024            _____

                                              Honorable Jennifer L. Thurston
                                              United States Eastern District Judge